IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JANET QUATTLEBAUM                                                                             PLAINTIFF

v.                          CASE NO. 4:22-CV-00331-BSM

KILOLO KIJAKAZI, Acting Commissioner of                                          DEFENDANT
the United States Social Security Administration

### ORDER

Having reviewed the record *de novo*, United States Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 14] is adopted and this case is remanded for further development of the record and additional consideration of Janet Quattlebaum's fibromyalgia and her past relevant work.

IT IS SO ORDERED this 21st day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE