IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANET QUATTLEBAUM**                                                              **PLAINTIFF**

v.                          **CASE NO. 4:22-CV-00331-BSM**

**KILOLO KIJAKAZI, Acting Commissioner of**                        **DEFENDANT**
**the United States Social Security Administration**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE